GREAT LAKES STAGES INC v P U C

Ohio Supreme Court

No 21532. Decided May 1, 1929

Syllabus by ALLEN, J.

**PUBLIC UTILITIES COMMISSION**

(480 P) Under **Sections 614-53** and **614-55, General Code,** the Public Utilities Commission has not jurisdiction to grant to an interstate public utility authority to issue stock, bonds, notes or other evidence of indebtedness for the acquisition of property, the construction, completion, ex-

tension or improvement of its facilities or the improvement or maintenance of its service outside of the state.

Kinkade, Robinson, Jones, Matthias and Day, JJ, concur.